**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Roger Souders and Dana Bollman,

Plaintiff(s),

v.

Guy Landmeier, Ginger Landmeier, and Logan
Landmeier,

Defendant(s).

Case No.  24 C 11436
Judge Matthew F. Kennelly

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Roger Souders and Dana Bollman
and against defendant(s) Ginger Landmeier and Logan Landmeier jointly and severally
in the amount of $173, 473.37 ,

which ☐ includes        pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  3/24/2025                    Thomas G. Bruton, Clerk of Court

                                   Melissa Astell , Deputy Clerk